■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHASHIL STANLEY, Appellant. [895 NYS2d 900]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Patricia A. Marks, A.J.—Criminal Possession of a Controlled Substance, 7th Degree). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.